IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LISA LONG, | § | |
| | § | |
| Individually, and on behalf of | § | |
| all others similarly situated, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 3:17-CV-01258-S |
| WEHNER MULTIFAMILY, LLC, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' announcement of settlement in this action and having approved the settlement, the Court finds that this case should be dismissed with prejudice. It is, therefore,

ORDERED, ADJUDGED, AND DECREED that this lawsuit, including all causes of action asserted or assertable by Plaintiffs Lisa Long and the individuals who filed consents to join this action, against Defendant in the above-entitled and numbered cause, be and the same are hereby DISMISSED WITH PREJUDICE to refiling same or any part thereof. All costs of court and attorneys' fees are borne by the party incurring same.

SIGNED this 31st day of July, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE